### UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

———————————————

No. 99-40410
Summary Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FIDEL ROBERTO VASQUEZ,

Defendant-Appellant.

—————————————————————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
(4:98-CR-68-ALL)

—————————————————————————————————————————

September 21, 1999

Before DAVIS, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:*

Counsel for Fidel Roberto Vasquez has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). A copy of counsel's motion and brief was mailed to Vasquez; but, contrary to the notice also mailed to him, he has not filed a response.

Our independent review of the brief and the record discloses *no* nonfrivolous issues for appeal. Accordingly, the motion to withdraw is **GRANTED** and the appeal is **DISMISSED**.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.